

IN THE

TENTH COURT OF APPEALS

————————————

No. 10-15-00130-CV

**ANGELA ALLEN AS THE DEPENDENT ADMINISTRATOR
OF THE ESTATE OF TRICIA L. APPLETON, DECEASED,
DAVID N. APPLETON, JR., D.A., A.A., G.L.A., S.A.,B.A.,
CHILDREN, AND INTERVENOR, PACIFIC
EMPLOYERS INS. CO.,**

                                                    **Appellants**

 **v.**

**TAYLOR TRUCKING SAND & GRAVEL,
BRYAN C. TAYLOR, MACK TRUCKS, INC., AND
FIREMAN'S FUND COUNTY MUTUAL,**

                                                    **Appellees**

————————————

**From the 413th District Court
Johnson County, Texas
Trial Court No. C2002-00328**

## MEMORANDUM OPINION

        Appellants, Angela Allen, as the Dependent Administrator for the Estate of Tricia

L. Appleton, Deceased, David N. Appleton, Jr., D.A., A.A., G.L.A., S.A., B.A., Children,

and Intervenor, Pacific Employers Insurance Company, filed an unopposed motion to

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellants no longer wish to pursue the appeal. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed May 28, 2015
[CV06]

